ATTORNEYS FOR APPELLANTS
James D. Johnson
Blair M. Gardner
Jackson Kelly PLLC
Evansville, Indiana

ATTORNEY FOR APPELLEES
Curtis T. Hill, Jr.
Attorney General of Indiana

Frances Barrow
Deputy Attorney General
Indianapolis, Indiana

# In the
# Indiana Supreme Court



FILED
Oct 11 2017, 11:33 am
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

No. 31S01-1710-CT-647

VIRGINIA GARWOOD AND KRISTEN GARWOOD,

*Appellants (Plaintiffs below),*

v.

STATE OF INDIANA, ET AL.,

*Appellees (Defendants below).*

Appeal from the Harrison Circuit Court, No. 31C01-1105-CT-24
The Honorable John T. Evans

On Petition to Transfer from the Indiana Court of Appeals, No. 31A01-1603-CT-679

**October 11, 2017**

**Per Curiam.**

Following a jury trial and the entry of judgment against one defendant, Virginia and Kristen Garwood appealed and the defendant cross-appealed. The Court of Appeals affirmed in part and reversed in part. *See* Garwood v. State, 77 N.E.3d 204 (Ind. Ct. App. 2017). The Garwoods petition to transfer.

We grant transfer for the limited purpose of vacating only that section of the Court of Appeals opinion addressing subject matter jurisdiction. We summarily affirm the remainder of the opinion. *See* Ind. Appellate Rule 58(A)(2). In addressing jurisdiction, the Court of Appeals opinion cites Garwood v. Indiana Department of State Revenue, 24 N.E.3d 548 (Ind. Tax Ct. 2014), but that opinion was vacated by our "Published Order" issued February 8, 2016. Due to a clerical error, our Published Order was not sent to Thomson Reuters at that time. Therefore, when the Court of Appeals issued its opinion, the Published Order was not reported in the Northeastern Reporters or on Westlaw, which has since been corrected. *See* Garwood v. Indiana Dep't of State Revenue, 79 N.E.3d 903 (Ind. 2016). The Published Order resolved the issue of subject matter jurisdiction based on the parties' representations at oral argument.

All Justices concur.